IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| PATRICK PIZZELLA,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br>　　　　Plaintiff,<br><br>v.<br><br>BLACKJEWEL, LLC, a corporation, BLACKJEWEL HOLDINGS, LLC, a corporation, REVELATION ENERGY HOLDINGS, LLC, a corporation, REVELATION MANAGEMENT CORPORATION, a corporation, REVELATION ENERGY, LLC, a corporation, DOMINION COAL CORPORATION, a corporation, HAROLD KEENE COAL CO., LLC, a corporation, VANSANT COAL CORPORATION, a corporation, LONE MOUNTAIN PROCESSING, LLC, a corporation, POWELL MOUNTAIN ENERGY, LLC, a corporation, and CUMBERLAND RIVER COAL, LLC, a corporation,<br><br>　　　　Defendants. | Civil Action No: 1:19-cv-00034-JPJ-PMS |

**SECRETARY OF LABOR'S APPLICATION FOR
TEMPORARY RESTRAINING ORDER**

Plaintiff Patrick Pizzella, Acting Secretary of Labor, United States Department of Labor, applies under Federal Rule of Civil Procedure 65, and Section 17 of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 217, for a temporary restraining order and an order for Blackjewel Marketing and Sales, LP and Blackjewel Marketing and Sales Holdings, LP[1]

---

[1] Records suggest Blackjewel Marketing and Sales, LP, and Blackjewel Marketing and Sales Holdings, LP, also operate and/or do business under the names Blackjewel Marketing and Sales, LLC, and Blackjewel Marketing and Sales Holdings, LLC. By naming Blackjewel Marketing and Sales, LP and Blackjewel Marketing and Sales Holdings, LP, Plaintiff intends to seek relief against any entity that seeks to possess, transport, transfer, purchase or otherwise place into commerce the hot goods addressed in the Secretary of Labor's Application for Temporary Restraining Order, including but not limited to entities that operate and/or do business under the names Blackjewel Marketing and Sales, LLC, and Blackjewel Marketing and Sales Holdings, LLC.

(collectively "BJMS"), and Defendants Blackjewel, LLC, Blackjewel Holdings, LLC, Revelation Energy Holdings, LLC, Revelation Management Corporation, Revelation Energy, LLC, Dominion Coal Corporation, Harold Keene Coal Co., LLC, Vansant Coal Corporation, Lone Mountain Processing, LLC, Powell Mountain Energy, LLC, and Cumberland River Coal, LLC ("Defendants") to show cause why a preliminary injunction should not issue enjoining them from violating the FLSA.

As set forth in greater detail in the accompanying Memorandum of Law, and the Declaration of Assistant District Director Catherine Glencoe, the Acting Secretary is likely to succeed on the merits of his claims that Defendants violated Sections 6, 7, and 15(a)(1) of the FLSA by selling goods in commerce which were produced in violation of the minimum wage and overtime compensation requirements of the FLSA. The Acting Secretary, the public, and Defendants' employees will suffer irreparable harm, for which the Acting Secretary has no adequate remedy at law, if the Court does not enjoin BJMS and Defendants from placing hot goods into the steam of commerce, and enjoin Defendants from failing to pay employees minimum wage and failing to pay employees time and a half overtime compensation for overtime hours worked.

The Acting Secretary seeks the following relief:

1. A temporary restraining order barring BJMS and Defendants from transporting, offering for transportation, shipping, delivering, selling, shipping, delivering, or otherwise placing into commerce, any goods worked on/processed/produced by any employee who Defendants failed to pay the overtime premium rate for hours worked over forty, and employees who Defendants failed to pay the minimum wage, including but not limited to coal located at Raven Dock, 219 Raven Dock Road, Raven, VA 24639, Flat Rock Prep Plant, located at 1399

2

Case 1:19-cv-00034-JPJ-PMS   Document 2   Filed 08/21/19   Page 2 of 6   Pageid#: 18

Bee Hive Hollow, Honaker, VA 24260, and Pigeon Creek Processing, 78 North Stonega Road, Appalachia, VA 24216;

2. A temporary restraining order barring BJMS and Defendants from transporting, offering for transportation, shipping, delivering, selling, shipping, delivering, or otherwise placing into commerce, any goods produced by Defendants as to which the U.S. Department of Labor notifies or has notified Defendants and/or BJMS that it has a good faith basis to believe were produced by employees who were not paid the minimum wage and/or the required overtime compensation in violation of Sections 6 and/or 7 of the FLSA, 29 U.S.C. §§ 206, 207.

3. An order to show cause why a preliminary injunction should not issue enjoining and restraining BJMS and Defendants from violating Sections 6, 7, and 15(a)(1) and (2) of the FLSA;

4. A hearing on the Secretary's request for a preliminary injunction; and

5. An order all such relief that the Court deems appropriate, just, and proper.

**U.S. DEPARTMENT OF LABOR**

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

Samantha N. Thomas
Associate Regional Solicitor

Leah A. Williams
Regional Wage and Hour Counsel

/s/ Ryma Lewis
BY: Ryma Lewis
VA State Bar No. 83322
U.S. Department of Labor
Office of the Regional Solicitor

3

Date: August 21, 2019

201 12th Street South
Suite 401
Arlington, VA 22202-5450
T: (202) 693-9369
F: (202) 693-9392
lewis.ryma@dol.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| PATRICK PIZZELLA,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br>       Plaintiff,<br><br>v.<br><br>BLACKJEWEL, LLC, a corporation, BLACKJEWEL HOLDINGS, LLC, a corporation, REVELATION ENERGY HOLDINGS, LLC, a corporation, REVELATION MANAGEMENT CORPORATION, a corporation, REVELATION ENERGY, LLC, a corporation, DOMINION COAL CORPORATION, a corporation, HAROLD KEENE COAL CO., LLC, a corporation, VANSANT COAL CORPORATION, a corporation, LONE MOUNTAIN PROCESSING, LLC, a corporation, POWELL MOUNTAIN ENERGY, LLC, a corporation, and CUMBERLAND RIVER COAL, LLC, a corporation,<br><br>       Defendants. | Civil Action No: 1:19-cv-00034-JPJ-PMS |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2019, true and correct copies of the foregoing Plaintiff's Application for Temporary Restraining Order and Memorandum in Support was sent by UPS and electronic mail to the following:

    Stephen Lerner
    Squire Patton Boggs LLP
    30 Rockefeller Plaza, 23rd Floor
    New York, New York 10112
    Stephen.Lerner@squirepb.com

    Joe M. Supple
    801 Viand Street
    Point Pleasant, WV 25550
    Joe.Supple@supplelaw.net

5

Case 1:19-cv-00034-JPJ-PMS   Document 2   Filed 08/21/19   Page 5 of 6   Pageid#: 21

Chris Dickerson
Paul Hastings LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
ChrisDickerson@paulhastings.com

Shawn P. George
George & Lorensen, PLLC
1526 Kanawha Blvd. E
Charleston, West Virginia 25311
Sgeorge@gandllaw.com

**U.S. DEPARTMENT OF LABOR**

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

Samantha N. Thomas
Associate Regional Solicitor

Leah A. Williams
Regional Wage and Hour Counsel

/s/ Ryma Lewis
BY: Ryma Lewis
VA State Bar No. 83322
U.S. Department of Labor
Office of the Regional Solicitor
201 12th Street South
Suite 401
Arlington, VA 22202-5450
T: (202) 693-9369
F: (202) 693-9392
lewis.ryma@dol.gov