IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| PATRICK PIZZELLA, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>　　　　Plaintiff, <br><br>v. <br><br>BLACKJEWEL, LLC, A CORPORATION, BLACKJEWEL HOLDINGS, LLC, A CORPORATION, REVELATION ENERGY HOLDINGS, LLC, A CORPORATION, REVELATION MANAGEMENT CORPORATION, A CORPORATION, REVELATION ENERGY, LLC, A CORPORATION, DOMINION COAL CORPORATION, A CORPORATION, HAROLD KEENE COAL CO., LLC, A CORPORATION, VANSANT COAL CORPORATION, A CORPORATION, LONE MOUNTAIN PROCESSING, LLC, A CORPORATION, POWELL MOUNTAIN ENERGY, LLC, A CORPORATION, AND CUMBERLAND RIVER COAL, LLC, A CORPORATION, <br><br>　　　　Defendants. | Case No. 1:19CV00034 <br><br>**TEMPORARY RESTRAINING ORDER** <br><br>By: James P. Jones <br>United States District Judge |

For the reasons stated on the record this day, the Court hereby **ENJOINS** Blackjewel Marketing and Sales, LP and Blackjewel Marketing and Sales Holdings, LP, including their agents, attorneys, employees and all those in active concert or participation with Blackjewel Marketing and Sales, LP and/or

Blackjewel Marketing and Sales Holdings, LP (collectively "BJMS") and Defendants Blackjewel, LLC, Blackjewel Holdings, LLC, Revelation Energy Holdings, LLC, Revelation Management Corporation, Revelation Energy, LLC, Dominion Coal Corporation, Harold Keene Coal Co., LLC, Vansant Coal Corporation, Lone Mountain Processing, LLC, Powell Mountain Energy, LLC, and Cumberland River Coal, LLC, including their agents, attorneys, employees and all those in active concert or participation with Defendants (collectively, "Defendants") as follows:

    1. Defendants and BJMS shall not transport, offer for transportation, ship, deliver, sell, or otherwise place into commerce, any coal worked on, processed and/or produced by any employee who Defendants failed to pay the overtime premium rate for hours worked over forty, and employees who Defendants failed to pay the minimum wage, which coal is located at Raven Dock, 219 Raven Dock Road, Raven, VA 24639, Flat Rock Prep Plant, located at 1399 Bee Hive Hollow, Honaker, VA 24260, and Pigeon Creek Processing, 78 North Stonega Road, Appalachia, VA 24216;

    2. Per Federal Rule of Civil Procedure 65(c), Plaintiff, Patrick Pizzella, Acting Secretary of Labor, United States Department of Labor, is not required to give security.

3. This Temporary Restraining Order shall expire upon the conclusion of the evidentiary hearing before the U.S. Bankruptcy Court for the Southern District of West Virginia regarding the stipulation entered into among the parties and in no event shall it be in effect later than 14 days from this date.

ENTER: August 23, 2019

/s/ *James P. Jones*
United States District Judge