# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| EUGENE SCALIA,[1] <br> SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, <br>         Plaintiff, <br><br> v. <br><br> BLACKJEWEL, LLC, a corporation, BLACKJEWEL HOLDINGS, LLC, a corporation, REVELATION ENERGY HOLDINGS, LLC, a corporation, REVELATION MANAGEMENT CORPORATION, a corporation, REVELATION ENERGY, LLC, a corporation, DOMINION COAL CORPORATION, a corporation, HAROLD KEENE COAL CO., LLC, a corporation, VANSANT COAL CORPORATION, a corporation, LONE MOUNTAIN PROCESSING, LLC, a corporation, POWELL MOUNTAIN ENERGY, LLC, a corporation, and CUMBERLAND RIVER COAL, LLC, a corporation, <br><br>         Defendants. | Civil Action No. 1:19-cv-00034-JPJ-PMS |

## MOTION TO APPROVE AND ENTER CONSENT JUDGMENT

Plaintiff Eugene Scalia, Secretary of Labor, United States Department of Labor ("the Secretary"), moves this Court to Approve and Enter the Consent Judgment agreed to by Plaintiff and Defendants Blackjewel, LLC, Blackjewel Holdings, LLC, Revelation Energy Holdings, LLC, Revelation Management Corporation, Revelation Energy, LLC, Dominion Coal Corporation, Harold Keene Coal Co., LLC, Vansant Coal Corporation, Lone Mountain Processing, LLC, Powell Mountain Energy, LLC, and Cumberland River Coal, LLC (collectively, "Defendants"). In support thereof, the Secretary represents that the parties have

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Labor Eugene Scalia is substituted for Acting Secretary of Labor, Patrick Pizzella, as the plaintiff in this action.

reached an agreement for the purpose of settling the above-referenced matter.  The terms of this agreement are set forth in the Consent Judgment, which is attached hereto as Exhibit A.

WHEREFORE, for the reasons set forth above, the Secretary respectfully requests that the Court enter the Consent Judgment attached hereto.

Respectfully Submitted,

Post Office Address

U.S. Department of Labor
201 12th Street South, Suite 401
Arlington, VA 22202
Phone: 202.693.9393
Fax: 202.693.9392

Date: October 21, 2019

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton
Regional Solicitor

Samantha N. Thomas
Associate Regional Solicitor

Leah Williams
Regional Wage and Hour Counsel

*/s/* Ryma Lewis
By: Ryma Lewis
VSB No. 83322
Office of the Regional Solicitor
201 12th Street South
Arlington, VA 22202-5450
P: (202) 693-9370
F: (202) 693-9392
E: Lewis.Ryma@dol.gov

UNITED STATES DEPARTMENT OF LABOR
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on the 21st day of October, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Thomas J. Craven
Virginia Bar Number: 78405
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW Washington, D.C. 20037
Telephone: 202.457.6000
Fax: 202.457.6315
thomas.craven@squirepb.com
Attorney for Defendants

Stephen D. Lerner (pro hac vice)
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Fax: 513.361.1201
stephen.lerner@squirepb.com
Attorney for Defendants

Scott A. Kane (pro hac vice)
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Fax: 513.361.1201
scott.kane@squirepb.com
Attorney for Defendants

Shawn P. George
George & Lorensen, PLLC
1526 Kanawha Blvd. E
Charleston, West Virginia 25311
Sgeorge@gandllaw.com
Attorney for BJMS

          /s/ Ryma Lewis
          Ryma Lewis