CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 24 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

*1:19CV00034*

|  |  |
|---|---|
| EUGENE SCALIA,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| BLACKJEWEL, LLC, a corporation, BLACKJEWEL<br>HOLDINGS, LLC, a corporation, REVELATION<br>ENERGY HOLDINGS, LLC, a corporation,<br>REVELATION MANAGEMENT CORPORATION,<br>a corporation, REVELATION ENERGY, LLC, a<br>corporation, DOMINION COAL CORPORATION, a<br>corporation, HAROLD KEENE COAL CO., LLC, a<br>corporation, VANSANT COAL CORPORATION, a<br>corporation, LONE MOUNTAIN PROCESSING,<br>LLC, a corporation, POWELL MOUNTAIN<br>ENERGY, LLC, a corporation, and CUMBERLAND<br>RIVER COAL, LLC, a corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No: ▓▓▓▓▓▓▓

## CONSENT JUDGMENT

Plaintiff Eugene Scalia,[1] Secretary of Labor, United States Department of Labor,

hereinafter referred to as "Plaintiff" or "the Secretary," has filed his Complaint alleging

violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* (hereinafter "the

Act"). Defendants named above, hereinafter referred to as "Defendants" or "Employers," have

appeared by counsel, and waived formal service of process of the Summons and Complaint, and

any defense, which they may have in this Civil Action, and hereby agree to the entry of this

Consent Judgment without contest. It is, therefore, upon motion of the attorneys for Plaintiff and

for cause shown:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(c), Secretary of Labor Eugene Scalia is
substituted for Acting Secretary of Labor Patrick Pizzella as the plaintiff in this action.

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, and all persons acting or claiming to act on their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 6, 7, and 15 of the Act, in any manner, specifically:

1.    Defendants shall not, contrary to Section 6 of the Act, pay to any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at rates less than those which are now, or which in the future may become, applicable under Sections 6 and 15(a)(2) of the Act.

2.    Defendants shall not, contrary to Section 7 of the Act, employ any of their employees including, but not limited to, any of their employees working for Blackjewel, LLC, a corporation, at 1051 Main Street, Milton, WV 25541 or at any business location owned, operated, and/or controlled by Defendants, and at any other business location at which their employees perform work, in any workweek when they are engaged in commerce or employed in an enterprise engaged in commerce, within the meaning of the Act, for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the said employees receive compensation for their employment in excess of the prescribed hours at a rate equivalent to one and one-half times the regular rates applicable to them.

3.    Defendants shall not, contrary to Section 15(a)(1) of the Act, transport, offer for transportation, ship, deliver, or sell in commerce, or ship, deliver, or sell with knowledge that shipment or delivery or sale thereof in commerce is intended, any goods, in the production of which any employee was employed in violation of Section 6 or 7 of the Act.

2

4.      Defendants shall not discharge or take any retaliatory action against any of their employees, whether or not directly employed by Defendants, because the employee engages in any of the following activities pursuant to Section 15(a)(3) of the Act:

i.      Discloses, or threatens to disclose, to a supervisor or to a public agency, any activity, policy, or practice of the Employers or another employer, with whom there is a business relationship, that the employee reasonably believes is in violation of the Act, or a rule or regulation promulgated pursuant to the Act;

ii.      Provides information to, or testifies before, any public agency or entity conducting an investigation, hearing or inquiry into any alleged violation of the Act, or a rule or regulation promulgated pursuant to the Act, by the Employers or another employer with whom there is a business relationship;

iii.      Objects to, or refuses to participate in any activity, policy or practice which the employee reasonably believes is in violation of the Act, or a rule or regulation promulgated pursuant to the Act.

It is further ORDERED, ADJUDGED and DECREED by the Court that:

5.      Defendants are enjoined and restrained from withholding gross back wages in the sum total amount of $2,723,238.32 due to certain employees and former employees of Defendants listed and identified in Schedule A, attached hereto and made a part hereof.

6.      Pursuant to a modified settlement ("Modified Settlement") between certain Defendants and Blackjewel Marketing and Sales, L.P. ("BJMS") documented in the Order Authorizing the Private Sale of the Western Assets to Eagle Specialty Materials, LLC (the "Sale") Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances and Granting Related Relief approved by the Southern District of West Virginia Bankruptcy Court

3

on October 3, 2019, BJMS has agreed, upon closing of the Sale, to satisfy Defendants'
obligations to pay gross back wages in the total amount of $2,723,238.32, which Plaintiff alleges
Defendants failed to pay in violation of the minimum wage and overtime provisions of the Act
during the period beginning June 10, 2019 and ending July 1, 2019 ("relevant period"). *See In
re: Blackjewel, LLC, et al.*, No. 19-bk-30289, ECF Nos. 1157, 1176 and 1187. Following the
closing of the Sale and the funding by BJMS as per the Modified Settlement, Defendants will
pay the back wages of $2,723,238.32 to their employees as specified below. This amount shall
represent the full extent of back wages owed by Defendants for the relevant period to the
employees set forth and identified on the attached Schedule A. It is further agreed that the
minimum wage and overtime compensation payments by Defendants in the amount specified
above are in the nature of back wages pursuant to the provisions of the Act. Defendants, shall
remain responsible for all tax payments considered to be the "employer's share," including, but
not limited to, FICA.

      i.     The provisions of this Consent Judgment relative to back wages shall be
deemed satisfied when Defendant Blackjewel delivers to each person listed on Schedule A the
gross pay less all legally mandated deductions to the back wages, including, but not limited to,
the employee's share of FICA and other taxes.

      ii.    No later than **90** days from the date the Court enters this Consent
Judgment and Injunction, Defendants shall pay to Plaintiff by ACH transfer, credit card, or debit
card by going to https://www.pay.gov/public/form/start/77689032 or www.pay.gov the total net
amount of any checks for back wages which cannot be distributed to identified employees in
Schedule A, or to their estates if that is necessary because of inability of the parties to locate the
proper persons, or because of such person's refusal to accept such sums.

4

iii.     The provisions of this Consent Judgment shall not in any way affect any legal right of any individual not named on Schedule A, nor shall the provisions in any way affect any legal right of any individual named on Schedule A to file any action against Defendants for any violations alleged to have occurred outside the relevant period.

iv.     The payment of the back wages totaling $2,723,238.32 in accordance with this Consent Judgment shall be considered compensation for work performed by employees identified in the attached Schedule A from June 10, 2019 to July 1, 2019. Such employees performed work at the following locations: D16-Mavrick, D17-Tiller #4, D18-Tiller #5, D6-Conveyor, D7-Osaka, P12-Flat Rock, D15-Pioneer #1, D31-6C Tunnel Belt, P15-Lone Mountain, P7-Pigeon Creek, S32-Pine Creek, D28-Huff Creek, D29-Darby and D30-Clover Fork. The coal produced by these employees from June 10, 2019 to July 1, 2019 was initially a product of uncompensated work. Defendants' payment of these back wages will permit the coal produced by the employees listed in the attached Schedule A during the relevant period, and initially deemed by Plaintiff to be "hot goods" (as addressed in 29 U.S.C. § 215(a)(1)) because it was a product of uncompensated work, to enter into interstate commerce because the work that produced said goods is compensated by the payment of the back wages due to Defendants' current and former employees.

7.     Neither Defendants nor anyone on their behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid under this Consent Judgment. Any such amount shall be immediately paid to Plaintiff for deposit as described above, and Defendants shall have no further obligations with respect to such returned monies. If the recovered wages have not been claimed by the employee or the employee's estate within three years of the entry of this Consent

5

Judgment, Plaintiff shall deposit such money with the Treasury in accordance with Section 16(c) of the Act.

8.     The parties agree that the instant action is deemed to solely cover Defendants' business and operations for the relevant period for all claims raised in the Complaint as a result of Plaintiff's investigation. The parties agree that the filing of the Complaint and the provisions of this Consent Judgment shall not, in any way, affect, determine, or prejudice any and all rights of any person specifically named on Exhibit A or the Secretary for any period before June 10, 2019, or after July 1, 2019, or any persons, be they current or former employees, not specifically named on Exhibit A, insofar as such rights are conferred and reserved to said employees by reason of Section 16(b) of the Act.

9.     Defendants agree that they are employers within the meaning of Section 3(d) of the Act.

10.     The Parties, in order to amicably resolve disputed issues of fact and law concerning this matter, and to avoid protracted litigation, have agreed to this Consent Judgment. The agreements, statements, findings, and actions herein are made solely for the purpose of resolving this matter economically and amicably without litigation and shall not be used for any purpose, except for proceedings brought under the Act.

11.     The parties agree that all matters addressed in the Complaint have been fully and finally resolved by this Consent Judgment.

12.     By entering into this Consent Judgment, Plaintiff does not waive his right to conduct future investigations of Defendants under the provisions of the FLSA and to take appropriate enforcement action, including assessment of civil money penalties pursuant to Section 16(e) of the FLSA, with respect to any other violations disclosed by such investigations.

6

It is FURTHER, ORDERED, ADJUDGED, AND DECREED that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding including, but not limited to, attorney fees, which may be available under the Equal Access to Justice Act, as amended.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019

010-8861-6572/4/AMERICAS

For the Secretary:

Kate S. O'Scannlain
Solicitor of Labor

Defendants have appeared by counsel and
hereby consent to the entry of this Judgment.

Oscar L. Hampton III
Regional Solicitor

For the Employer Blackjewel, LLC

Samantha N. Thomas
Associate Regional Solicitor

David J. Beckman, Interim CEO

Ryma Lewis
Trial Attorney
VA ID # 83322
U.S. Department of Labor
Office of the Solicitor, Region III
201 12th Street South, Suite 401
Arlington, VA 22202
P: 202-693-9369
F: 202-693-9392
E: lewis.ryma@dol.gov

Stephen D. Lerner
Squire Patton Boggs (US) LLP
201 E. Fourth Street
Suite 1900
Cincinnati, OH 45202
Direct: +1.513.361.1220 |
Mobile: +1.513.293.4305 |
stephen.lerner@squirepb.com

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff
U.S. Department of Labor

8

## SCHEDULE A

Absher, Michael H
Adams, Joshua K
Adams, Quincy H
Addair, David
Addair, James H
Addair, Timothy M
Addington, Charles E
Aistrop, Everett
Alger, Gregory J
Alicie, Stacey Wayne
Allen, Anthony L
Allen, Bobby W
Allen, Gary W
Allen, Jarred D
Allen, Richard C
Allison, Colten N
Anderson, Aaron
Anderson, Jeffery Charl
Anthony, Kyle H
Arnett, James R
Arvin, John W
Asher, Derek D
Atwell, Mark A
Bailey, Clyde E
Bailey, Darwin E
Bailey, Matthew K
Baird, William C
Baker, Charles D
Baker, William C
Baldwin Jr., Bill J
Baldwin, Scott A
BALL, DALE A
Ball, Gerald D
Ball, Jedediah J
Balthis, Corey N
Banegas, Jose L
Bargo Jr., Royal
Bargo, Rodney E
Barker, Matthew A

9

Barton, Roger L
Beavers, David Danie
Begley, Jonathan E
BELCHER, JAMES
Belcher, Michael A
Belcher, Ryan A
Belcher{D29}, David L
Bennett, Billy J
Bentley Jr., Michael B
BENTLEY, JOHN M
Bentley, Lester R
Bentley, Matthew
Beverly, David W
BEVINS, BRADLEY E
Blakley, Randy W
Blankenship JR{D17}, Mark A
Bledsoe, Keith E
Blevins, Caleb
Blevins, Jerod M
Blevins, Tony
Blevins, Travis L
Boardwine, George G
Boggs, Christopher A
Boggs, Dennis E
Boggs, Dustin A
Boggs, Leonard E
Boggs, Mark L
Booher, Michael G
Bostic, Marvin W
Bostic, MIchael Cody
Bostic, Stephen K
Bowen, Michael S
Bowman, Bradley R
Bowman, Christopher N
Boyd, David
Boyd, Justin R
Boyd, Randall K
Brassfield Jr., James F
Brock, Brandon C
Brock, James W
Brock, Johnny J
Brock, Travis L

10

Brock, Trenton Tyler
Brown {D17}, Kevin R
Brown, Billy G
Brown, Donnie
Bundy, Brent
Burgan, Bryan
Burke, Joseph E
Burke, Rondal E
Burks, Austin R
Burks, Erik
Burks, Rodney D
Burress, Christopher R
Bush, Sheldon S
Byrd, Jason Wayne
Caldwell, Justin
Calhoun, Tamer
Campbell, Steven A
Cantrell, Matthew D
Carmical Jr, Jimmy W
Carr, Adam G
Carroll, Foriest E
Casey, Gregory T
Caudill, Caleb
Caudill, Dustin L
Caudill, Robert A
Caudill, Winston L
Chambers, Jamie A
Chambers, Nathan
Chandler, Gene M
Chandler, Johnny W
Charles, Ricky Andre
Charles, Stephen R
Charles, Timothy L
Charles, Tommy L
Chisenhall, Joshua H
Church, Kimrick L
Clark, Anthony B
Clark, Dennis R
Clark, Kevin
Clark, Michael D
Clem, Travis W
Clevinger, Christopher R

11

Clifton, Adam J
Cloud, Chris P
Clymer, Thomas M
Coburn, Jerry
Coburn, Terry M
Cochran, Derek A
Cochran, Gary W
Cochran, Paul J
Cole Jr, Wilburn J
Coleman, Kevin A
Collett-, Vernon L
Colley, Andrew K
Collins Jr, Jimmy D
Collins, Dana
Collins, Keith T
Collins, Travis L
Cook, Michael G
Cook, Randall
Cook, Shawn C
Cook{D18}, Shawn B
Cooper, Allen
Coots, Carl J
Coots, Joshua J
Cope, Darrell W
Cope, Robert R
Cordill, David Lee
Cordill, James
COrnett, Christopher A
Cornett, Lonnie W
Cornette, Collin
Cornwell Jr, Albert B
Counts, Justin D
Cox, Eric T
Cox, Scotty M
Crosby, Freeman E
Dagnan, Michael Chris
Daniel, Steven J
Daniels, Andy J
Daniels, Larry R
Daniels, Randy L
Daniels, Timothy B
Daniels, William H

12

Daugherty, Kelly D
Davis, Dustin S
Davis, Jason M
Davis, Joseph B
Davis, Robert L
Day, Allen Ray
Dean Jr, Tony J
Deel Jr, Kenny V
Deel Jr., Lindsey
Deel, Jason R
Deel, Michael A
Deel, Travis Lee
DeLa Torre, James P
Dempsey, Anthony C
Dingus, Marvin C
Doan, Jerry T
Doan, John A
Dotson, Joshua Clyde
Dotson, Robert James
Duff, Kenneth C
Dutton, Terry W
Duty, Kevin
Dye, Joe W
Dye, Ronnie Kevin
Ealy, Harmon D
Edens, Glenis E
Edens, Jared M
Edwards, Timothy Kas
Eldridge Jr., Gregory D
Eldridge, Benjamin M
Eldridge, Chuck A
Eldridge, Jeremiah B
Eldridge, Jimmy L
Eldridge, Kevin D
Eldridge, Michael G
Elswick, Brady Clark
Elswick, Evan G
Estep, Chuckie R
Estep, Denny R
Estep, Dustin
Estep, Ethan J
Estep, Jonathan D

010-8861-6572/4/AMERICAS

Estep, Oliver J
Evans, Jeffrey W
Evans, Kenneth D
Ewing, Ross A
Fannon, Billy D
Farler, Robbie D
Farmer, Rocky D
Ferguson, William
Fields, Bobby
Fields, John W
Fleenor, Roger L
Fleenor, Tommy L
Fleming, Brandon J
Fletcher, Roger
Fletcher, Stevie A
Fox, Joseph Lee
Francis, William D
Freeman, Danny W
Freeman, Phillip G
Freeman, Timothy S
Fuller, Jeffrey W
Fuller, Jeremiah D
Garrett, Joseph P
Garrett, Josh L
Garrett, Keith L
Garrette, Michael J
Gentry, Joshua
Gibson, Robert A
Gilliam, James M
Goins, Hank R
Golden, Charles S
Gollaway, Daniel W
Gooden, Justin C
Goodman, James M
Green, Michael D
Griffin, Billy
Griffith III, Earl W
Grigsby, Kenneth L
Grizzel, Mathew D.
Gunn, Stephen Randa
Guthrie, Bradley Gene
Guthrie, Justin

14

Hagy, Andrew Mark
Halcomb, Lance
Halcomb, Randy C
Hall, Christopher Grant
Hall, Derrick R
Hall, James C
Hall, Joey S
Hall, John Shawn
Hall, Richard B
Hamilton, Bradley R
Hammonds, Jeffery C
Hardy, Lawrence T
Harris Jr, Mack A
Harris, Kevin W
Harris, Michael B
Harris, Ricky A
Harris, Steven D
Harrison, Brandon C
Harrison, Charles R
Hatton, Billy
Haynes, Mendall B
Haynes, Tyler A
Head, Robert
Helbert, Jeffrey
Helton, Brandon J
Helton, Jacob D
Helton, Ronald L
Helton, Scottie
HELTON, WALTER H
Hensley II, Charles E
Hensley, Glen M
Hess, Mark E
Hess, Shannon Wayne
Hickey, Jerry
Hicks, Richard
Hileman, Teddy A
Hill, Jeffery R
Holdway, Travis D
Holman, Leslie
Honaker, Barry
Honaker, Bradley
Honaker, Christopher G

15

Hopkins, Brad L
Horn, Bobby Joe
Horn, Dave Thoma
Hoskins, Bige A
Hounshell, Walter W
Howard Jr, Josh
Howard, Brandon S
Howard, Gavin B
Howard, John L
Howell, Roy M
Hudson, Jeffrey Paul
Hudson, Johnathan
Hughes, Mark D
Hurley, Derek L
Hylton, Avery
Isom, Wesley S
Jackson, Hubert M
Jessee, Dakota Mason
Jessee, Paul S
Jewell, Rufus
Johnson, Christopher S
Johnson, Eales A
Johnson, Kyle Wayne
Johnson, Timothy W
Johnson, Tyler H
Jonas, Gary
Jones, David L
Jones, Jonathan P
Justice, Mickey
Justus Jr, Samuel
Justus, Donavan N
Justus, Jimmy B
Keen, Brian D
Keen, Jessie M
Keen, Nickolus
Keen, Ricky B
KEENE, DAMIAN S
Kegley, Curtis
Kegley, Samuel D
Kelly Jr, Roger D
Kelly, Gary
Kelly, Joshua L

16

Kennedy, John R
Kincaid, Christopher M
King II, Billy Joe
Kiser {P12}, Robert G
Krahenbuhl, George W
Lane, Steven T
Lane, Travis W
Lawrence, Dewey Lee
Lawson, Roger Lee
Lemaster, Mark A
Leonard, Joseph A
Lester, Clinton Lee
Lester, Randall T
Lewis (Huff), William A
Lewis, Anthony A
Lewis, Bernard L
Lewis, Christopher G
Little, Harlin D
Livingston, Jeremy W
LOCKSTON, KEVIN Cody
Long, Noah C
Long, Perry W
Lowe, Kevin E
Lundy, Jonathan G
Lunsford, Michael A
Mabe, James S
Madden, Lee
Madden, Thomas Lee
Madon, Kameron Adam
Malone, Walter O
Maness, Ryan Casey
Massengale, Michael S
Matney, Kelby K
Matthews, Christopher D
McClanahan Jr., Bradley D
McClanahan, Jonathan Scott
McClanahan, Nathanial Blake
McCowan, Brandon J
McCowan, Christopher W
McCoy, Brandon J
McCoy, Joshua G
McCoy, Lester B

17

McCoy, Michael S
McCray, Roger D
McFarland, William T
McGlothlin, Robin
McKnight, Joshua L
McKnight, Roger W
Meade, Chris D
MEADE, WILLIAM A
Meadows, Timothy A
Mefford, Gregory S
Middleton (P15), James B
Middleton Jr., Billy G
Middleton, Henry L
Middleton, Michael B
Miles, William R
Miller, Ronnie L
Miniard, Jimmy L
Miniard, Joseph
Mitcheum, John L
Moore, Allen S
Moore, Billy J
MOORE, DAVID m
Moore, Jesse J
Moore, Justin C
Morales, Erik R
Morelock, John E
Mullins, Auty A
Mullins, Cody
Mullins, James C
Mullins, Johnathan L
Mullins, Timothy Adam
Music, Colton J
Napier, Brian
Neal, Charles E
Nelson, Wesley E
Nichols, Blake
Noe, Benjamin M
O'Neal, Ryan K
Osborne, Clyde P
Owens, Bobby R
Owens, Dwayne C
Owens, Phillip L

18

Owens, Stephen T
Paragon Jr, Roy
Parker, John W
Payne, Lee M
Peace, Christopher A
Peak, Thomas C
Pendergrass, Kevin
Penix, Roger M
Pennington, Darrell
Perkins, Devan A
Perkins, James N
Phipps, Arvil J
Pierson, Josh N
Posey Jr., Ronald
Potter, George
Powers, Adam S
PRESLEY, ETHAN A
Price, Bill R
Price, Charles E
Pridemore, Jonathan E
Pridemore, Jonathan Tyler
Puckett, Brandon L
Raleigh, Darrell
Raleigh, Richard P
Ramey, Taylor D
Randolph, Adam Harle
Rasnake, Marty D
Ratliff, Kenneth H
Ratliff, William R
Reed, Clarence James
Rife, Cecil Todd
Robbins, Paul N
Roberts, Rickey A
Roberts, Timothy B
Rogers, Scotty lynn
Rorrer, Kevin W
Rose, Jarred R
Rose, Joel D
Rowan, Donald Ray
Rutherford, Rickey
Sargent, James M
Sayers, William E

19

Saylor, Brandon M
Saylor, Jimmy D
Saylor, Rufus A
Saylor, Tony J
Saylor, Wade A
Scammell, Christopher
Seals Jr.(LM), Gregory J
Seals, Gregory J
Sharrett III, Owen A
Shell, Zachary L
Shelton, Jacob N
Shepherd {D18}, David A
Shepherd, Rueben A
Shirks, Shawn R
Shortridge Jr, Perry F
Shortridge, Jason S
Shortridge, John P
Shortridge, Joshua P
Simerly, Matthew D
Simpson, Gregory
Simpson, Waylon S
Sizemore, Timothy Lee
Skidmore, Keith
Slone, Allan Wayne
Slone, Vernon D
Sluss, Billy R
Sluss, Charles M
Smith (Huff), Robert D
Smith, Jeffery D
Smith, Jeffrey S
Smith, Michael L
Smith, Nathaniel
Smith, Richard L
Smith, Robert L
Smith, Thomas J
Snodgrass, Robert T
Snodgrass, Steven B
Spears Jr, Jackie
Spears, Jimmy D
Stacy Jr., Leroy
Stacy, Bueford H
Stacy, John

20

Stacy, Larry Micha
Stacy, Nathaniel D
Stacy, Ryan B
Stacy, Sidney W
Stacy, William L
Stamey, Cody A
Stamper, Richard
Stanford, Kristopher
Stanley, Jason E
Stanley, Johnathon N
Stanley, Printess Willi
Stapleton, Robert Allen
Steele, Michael E
Stewart, Jacob Rober
Stewart, Jason R
Stewart, Jonathan L
Stewart, Larry J
Stewart, MIchael J
Stewart, Tony R
Stidham, David W
Stidham, Matthew W
Stiltner Jr., Timothy W
Stiltner, Carl K
Stiltner, Jeffrey S
Stiltner, Phillip D
Stilwell, Aaron E
Stinson, Cody L
Street, Bradley
Street, David A
Strouth, Jeffery D
Sturgeon, Jeffery G
Taylor, Christopher B
Taylor, Danny R
Taylor, Jimmy D
Taylor, Kenny A
TAYLOR, MARK D
Thacker, Billy R
Thacker, Matthew
Thomas, Charles D
Thomas, Dwight D
Thomas, Timothy D
Thomas, Travis L

010-8861-6572/4/AMERICAS

Thompson, Stephen D
Tiller, Jeffrey N
Tomlinson, John B
Tremblay, Kristopher
Tritt, Rodney L
Trusty, Kelly
Turner, Gary R
Turner, Gregory A
Turner, Jordan L
Turner, Larry W
Turner, Micky
Underwood, Richard W
Vance, Bryson Wayne
Vance, Estil W
Vance, Timothy R
Vannatter, Austin D
Vannatter, Tommy D
Vanover, Joseph Wayne
Varney, Mark R
Viers, Christopher D
Waldron, Rodney J
Walls, Derick Lee
WARD, JAMES e
Webb, Jack R
Webb, Perry L
Wells Jr, Jackie R
West, Donald G
Whitaker, Allen L
White, Derek A
White, Jeffery W
Whited, Paul David
Whitehead, Danny A
WILLIAMS, JAMES d
Williams, Thomas A
Williams{P7}, Gary C
Williamson, Josiah A
Wilson, William J
Wise, Bobby C
Witt, Steven A
Worley, Anthony D
Worley, Bobby Ray
Wyatt, Charles D

22

Wynn, Kyle W
Wynn, Timothy J
Yates, David M
Yates, Scotty B
Young, Gary W
Zachery, Michael E

010-8861-6572/4/AMERICAS